# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

United States of America
v.

Eddie Williams Jr.

Case No: 2:07-CR-20010-001

USM No: 06495-010

Date of Original Judgment: June 13, 2007
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 27 2012

CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/23/2012

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Robert T. Dawson, United States District Judge
*Printed name and title*